UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LENA MACIAS,<br><br>    Plaintiff,<br><br>v.<br><br>GAPIR FASAIL, et al.,<br><br>    Defendants. | Case No. 19-CV-00728-LHK<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS; ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 18 |

This case is an action alleging violations of the Americans with Disabilities Act and several California statutes. ECF No. 1. This case was referred to Magistrate Judge Susan van Keulen, and Judge van Keulen has made a report and recommendation that the District Judge deny Plaintiff's motion for default judgment against all Defendants. ECF No. 18. The Magistrate Judge's Report and Recommendation was filed and served on January 31, 2020. *Id.* No objections have been filed, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b)(2).

Having reviewed the Report and Recommendation, as well as the record in this case, the

1

Case No. 19-CV-00728-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS; ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE

Court finds that the Report and Recommendation is well-founded in fact and in law. The Court ADOPTS the Report and Recommendation in its entirety. Accordingly, Plaintiff's motion for default judgment is DENIED as to all three Defendants.

Finally, the Court issues an order to show cause why the case should not be dismissed for failure to prosecute. Plaintiff filed the complaint on February 8, 2019. ECF No. 1. In the Report and Recommendation, Judge van Keulen held that Plaintiff failed to establish that the individual Defendants were properly served or that Plaintiff served Defendant Somora at the proper address. ECF No. 18 at 5-6.

Under Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve a summons and complaint on all Defendants within 90 days of filing the complaint. Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."). In this case, that deadline expired on May 9, 2019.

Therefore, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed without prejudice. By Friday, March 20, 2020, Plaintiff shall file a statement explaining whether and how Plaintiff complied with Federal Rule of Civil Procedure 4(m). Plaintiff is also ordered to appear at a hearing on Thursday, March 26, 2020 at 1:30 p.m. Failure to file a statement by March 20, 2020 or to appear at the March 26, 2020 hearing will result in the Court dismissing this case without prejudice.

**IT IS SO ORDERED.**

Dated: February 19, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge